Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Golden Goose Deluxe Brand*
*d/b/a Golden Goose SpA*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN GOOSE DELUXE BRAND d/b/a GOLDEN GOOSE SPA, <br> *Plaintiff* <br><br> V. <br><br> AIERBUSHE, *et al.*, <br> *Defendants* | **CIVIL ACTION No.** <br> **19-cv-2518 (VEC)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Golden Goose Deluxe Brand d/b/a Golden Goose SPA ("Golden Goose" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendant The global village Business Company in the above-captioned action, without prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: June 13, 2019                              Respectfully submitted,

                                                  **EPSTEIN DRANGEL LLP**

                                            BY:  _____
                                                  Brieanne Scully (BS 3711)
                                                  bscully@ipcounselors.com
                                                  EPSTEIN DRANGEL LLP
                                                  60 East 42nd Street, Suite 2520
                                                  New York, NY 10165
                                                  Telephone:   (212) 292-5390
                                                  Facsimile:   (212) 292-5391
                                                  *Attorney for Plaintiff*
                                                  *Golden Goose Deluxe Brand*
                                                  *d/b/a Golden Goose SpA*

**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2019.


                                                  _____
                                                  Judge Valerie E. Caproni
                                                  United States District Judge