UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
GOLDEN GOOSE DELUXE BRAND d/b/a
GOLDEN GOOSE SPA,

                              Plaintiff,      CIVIL ACTION
                                         19-cv-2518 (VEC)

       - against -                   **SATISFACTION OF JUDGMENT**

AIERBUSHE, *et al.*

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       WHEREAS, a judgment was entered in the above action on the 16th day of October, 2019 in favor of Plaintiff Golden Goose Deluxe Brand d/b/a Golden Goose SpA, and against Defendant twogirlsstrive in the amount of $75,000.00, and said judgment having been satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

       THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment against Defendant twogirlsstrive.

Dated: November 6, 2019                    Respectfully submitted,

       New York, New York

                                                EPSTEIN DRANGEL LLP

                                               BY: _____
                                               Brieanne Scully (BS 3711)
                                               bscully@ipcounselors.com
                                               60 East 42nd Street, Suite 2520
                                               New York, NY 10165
                                               Telephone:   (212) 292-5390
                                               Facsimile:     (212) 292-5391
                                               *Attorney for Plaintiff*
                                               *Golden Goose Deluxe Brand*
                                               *d/b/a Golden Goose SpA*

NOAH D. RODMAN
Notary Public, State of New York
Registration #01RO6249146
Qualified in Westchester County
Commission Expires 10/17/2023