UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
GOLDEN GOOSE DELUXE BRAND d/b/a
GOLDEN GOOSE SPA,

                              Plaintiff,        CIVIL ACTION
                                                     19-cv-2518 (VEC)

      - against -                      **SATISFACTION OF JUDGMENT**

AIERBUSHE, *et al.*
                               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       WHEREAS, a judgment was entered in the above action on the 16th day of October, 2019 in favor of Plaintiff Golden Goose Deluxe Brand d/b/a Golden Goose SpA, and against Defendant Beauty Shoe in the amount of $75,000.00, and said judgment having been satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

       THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment against Defendant Beauty Shoe.

Dated: November 6, 2019                    Respectfully submitted,

       New York, New York

                                            EPSTEIN DRANGEL LLP

                                            BY: _____
                                            Brieanne Scully (BS 3711)
                                            bscully@ipcounselors.com
                                            60 East 42nd Street, Suite 2520
                                            New York, NY 10165
                                            Telephone:   (212) 292-5390
                                            Facsimile:    (212) 292-5391
                                            *Attorney for Plaintiff*
                                            *Golden Goose Deluxe Brand*
                                            *d/b/a Golden Goose SpA*

NOAH D. RODMAN
Notary Public, State of New York
Registration #01RO6249146
Qualified In Westchester County
Commission Expires 10/7/2023